**FILED**

FEB 28 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HANNAH BINKS<br><br>4117 BACK WOODS RD<br><br>WESTMINSTER MD 21158<br><br>      Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY<br><br>100 NORTH RIVERSIDE PLAZA,<br><br>CHICAGO, IL 60606<br>      Defendant | Case No.:<br><br><br>COMPLAINT FOR EMPLOYMENT<br>DISCRIMINATION AND OUTRAGE<br><br><br>**Case 1:20-cv-01495**<br>**Judge John Z. Lee**<br>**Magistrate Judge Sidney I. Schenkier** |

## **NATURE OF THE ACTION**

This is an action brought under Title VII of the Civil Rights Act of 1964, as amended, and the Illinois Human Rights Act against the Defendant, the Boeing Company, to correct unlawful employment practices on the basis of sex and/or opposition to unlawful sex discrimination, and to provide appropriate relief to Hannah Binks, a contract engineer at Boeing and a potential employee who was denied employment based on discriminatory actions at a Boeing facility.

Boeing discriminated against Hannah buy terminating her contract at the Charleston plant after 6 days working there. Hannah was told that Boeing does not want her kind in Charleston. This was done in front of co-workers and was extremely embarrassing and discriminatory.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 1

Boeing then denied employment to Hannah at both the Florida and California facilities based on the same discrimination that occurred in Charleston.

## JURISDICTION AND VENUE

1. The plaintiff, Hannah Binks is a citizen of the state of Maryland

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000.

3. The Court has person jurisdiction because Boeing has its corporate office based in Illinois.

4. Illinois is the correct venue because the same discriminatory practices occurred at 3 different plants all under the control of Boeing corporate in Illinois.

5. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII

   This action is also authorized and instituted pursuant to the Illinois Human Rights Act

6. A complaint was filed with the EEOC and a right to sue letter was issued.

## PARTIES

7. I, Hannah Binks, am a Maryland state resident.

8. Defendant Boeing is a corporation based in Illinois

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 2

9. Defendant if not a federal government agency and the plaintiff has filed a charge against the defendant

10. The EEOC has issued a Notice of Right to Sue. Exhibit 1

11. The defendant discriminated against the plaintiff based on gender

12. The defendant failed to hire the Plaintiff

## Amount in Controversy

13. Plaintiff is seeing $10,000,000 in damages

14. The Plaintiff was denied employment

15. The defendant discriminated against me beginning August 2019

## Outrage

## Cause of Action 1

16. On August 12, 2019 I reported to work at Boeing in Charleston SC.

17. I met my manager, Josh Blank, that morning, his first response to me was "I was expecting a woman"

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 3

18. I told him that morning I would need Wednesday Aug 14th and Tuesday Aug 20th to return to Maryland.

19. Josh replied that "that won't be a problem, your accounts probably wont be set up yet anyway"

20. I was out Aug 14th as planned and returned Aug 15th. No issues upon return.

21. I was out Aug 20th as planned, but upon return I was called into an office ant told that due to Boeings attendant policy I was being let go.

22. Josh also told me that "Boeing did not want my kind in Charleston.

23. This was also sent to me via email

24. I was escorted out in front of my co-workers and peers.

25. I contacted Boeing HR regarding this. They referred me to Boeing ethics.

26. I was told by Boeing ethics that the attendance policy was that I must notify Boeing of absences which I had done.

27. Ethics said they would investigate and provide a written report of the findings.

28. I was told by Ethics that the investigation was complete, but they would not be providing a report of the findings like earlier stated.

29. This was incredibly embarrassing and humiliating to me.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 4

30.    I have had multiple counseling sessions and lost many nights sleep regarding this.

## Discriminatory hiring

## Cause of Action 2

31.    All previous statements are incorporated

32.    I applied for as was offered positions at both Florida and California locations.

33.    Both times the positions were rescinded or denied to me.

34.    Both times the was due to the "Charleston Incident"

## Prayer for relief

Wherefore I request that this court:

35.    Grant the plaintiff damages, including punitive in the amount of $10,000,000

36.    Any other relief as this court finds appropriate.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 5

Respectfully submitted,

Hannah Binks
pro-se
4117 Bac Woods Rd
Westminster, MD 21158
410-980-5065

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND OUTRAGE - 6

EEOC Form 161-B (11/16)

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Hannah N. Binks<br>4117 Back Woods Rd<br>Westminster, MD 21158 | From: Baltimore Field Office<br>G.H. Fallon Federal Building<br>31 Hopkins Plaza, Suite 1432<br>Baltimore, MD 21201 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 415-2019-01580 | James Swan,<br>Investigator | (410) 801-6727 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

_____    12/5/2019
**Rosemarie Rhodes,**          (Date Mailed)
**Director**

Enclosure(s)

cc:    David Wuerch, HR
       THE BOEING COMPANY
       3003 W. Casino Road
       Mailcode: 074-02
       Everett, WA 98204